# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Arbab A., Ibrahim A., Kaltoum A., Abdelfaradj A., Abdoulnazir A., Islam A., Moustapha A., Samiya A.,<br><br>        Petitioners,<br><br>v.<br><br>Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary of Homeland Security*; Todd M. Lyons, *Acting Director of U.S. Immigration & Customs Enforcement*; Marcos Charles, *Acting Executive Associate Director for Enforcement and Removal Operations*; David Easterwood, *Field Office Director for Enforcement and Removal Operations*; U.S. Immigration & Customs Enforcement; U.S. Department of Homeland Security.,<br><br>        Respondents. | Case No. 26-CV-00640 (KMM/ECW)<br><br>**ORDER** |

**IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioners Arbab A., Ibrahim A., Kaltoum A., Abdelfaradj A., Abdoulnazir A., Islam A., Moustapha A., Samiya A., ("Petitioners") by no later than **February 2, 2026**.

2. Respondents' answer should include:

   a. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioners' claims;

    b.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.    Petitioners must file a reply to Respondents' answer or a letter stating no reply will be filed no later than **February 9, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

DATED: January 26, 2026

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge