# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Arbab A., Ibrahim A., Kaltoum A., Abdelfaradj A., Abdoulnazir A., Islam A., Moustapha A., Samiya A.,<br><br>                    Petitioners,<br><br>v.<br><br>Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary of Homeland Security*; Todd M. Lyons, *Acting Director of U.S. Immigration & Customs Enforcement*; Marcos Charles, *Acting Executive Associate Director for Enforcement and Removal Operations*; David Easterwood, *Field Office Director for Enforcement and Removal Operations*; U.S. Immigration & Customs Enforcement; and U.S. Department of Homeland Security,<br><br>                    Respondents. | Case No. 26-cv-640 (KMM/ECW)<br><br>**ORDER** |

This matter is before the Court on Petitioners' Emergency Motion for a Temporary Restraining Order. (Dkt. 5.) Petitioners are a family of Sudanese refugees who allege they are being constructively detained and are at imminent risk of arrest by Respondents. (Dkt. 1 ¶ 89.) Petitioners have raised serious claims and are at imminent risk of irreparable harm if they are taken into custody. In contrast, a short delay in which they remain at liberty, but must remain in Minnesota, will not harm Respondents. Further, the public interest is served by preventing possibly illegal conduct by government agents during the pendency of this case. *See Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 113 (8th

Cir. 1981) (stating factors for determining whether to grant a preliminary injunction); *see also Bassam M. v. Bondi*, No. 26-cv-359 (PJS/DJF), Dkt. 3 (D. Minn. Jan. 16, 2026).

In order to preserve the status quo and permit the Court to address Petitioners' claims in a reasonable fashion, the Court:

1. **GRANTS** the Emergency Motion for Temporary Restraining Order (Dkt. 5);

2. **ENJOINS** respondents from arresting or detaining petitioners, or attempting to arrest or detain petitioners, until further order of the Court; and

3. **ENJOINS** petitioners from leaving the State of Minnesota, until further order of the Court.

Date: January 28, 2026                    *s/Katherine M. Menendez*
                                          Katherine M. Menendez
                                          United States District Judge